AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED DEC - 6 2010 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VA

| United States of America | ) |
|---|---|
| v. | ) |
| Awais Younis, a.ka. "Sundullah Ghilzai," "Mohhanme Khan," and "Sunny" | ) Case No. 1:10mj 812 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 13, 2010___ in the county of ___Fairfax___ in the ___Eastern___ District of ___Virginia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 875(c) | Threatening Interstate Communications |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature
FBI SA Joseph J. Lesinski
Printed name and title

Sworn to before me and signed in my presence.

Date: 6 Dec 10

City and state: Alexandria, VA

/s/
Ivan D. Davis
United States Magistrate Judge