IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D
OCT - 5 2012
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )  Criminal No. 1:11cr7 |
| AWAIS YOUNIS | ) |

## ORDER

The matter came before the Court on a petition alleging that defendant violated the terms and conditions of his period of supervised release by using marijuana. Defendant appeared at the hearing, with counsel, and admitted the alleged violation.

Accordingly, for the reasons stated from the Bench,

It is hereby **ORDERED** that the Court **FINDS** by a preponderance of the evidence that defendant violated the terms and conditions of his period of supervised release as alleged in the petition.

It is further **ORDERED** that defendant's period of supervised release is **CONTINUED**, but **MODIFIED** to require defendant to serve one (1) weekend in jail, commencing immediately and ending at 12:00 p.m. on Sunday, October 7, 2012, as directed by the Probation Officer, the U.S. Marshal's Service and the Bureau of Prisons.

All other terms and conditions of defendant's period of supervised release remain in full force and effect.

The Clerk is directed to send a copy of this Order to the Probation Office, the U.S. Marshal's Service, the Bureau of Prisons and all counsel of record.

Alexandria, VA
October 5, 2012

/s/
T. S. Ellis, III
United States District Judge

(2) cc's hand delivered to USMS   Scanned to USPO JNC